# United States Bankruptcy Court
## District of Arizona

In re **MARY ENOS**                                  Case No. **2:09-bk-27313**
                         Debtor(s)                   Chapter **13**

## MOTION TO CONVERT A CASE UNDER CHAPTER 7 TO A CASE UNDER CHAPTER 13

Pursuant to 11 U.S.C. § 706, the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On **October 28, 2009**, the above-named Debtor(s) filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2. This case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

Date **November 30, 2009**            Signature **/s/ MARY ENOS**
                                                **MARY ENOS**
                                                Debtor

Attorney **/s/ Joseph W. Charles**
         **Joseph W. Charles**

**Joseph W. Charles, PC**
**5704 W. Palmaire Ave.**
**Glendale, AZ 85311-1737**
**623-939-6546**
**Fax: 623-939-6718**