United States Bankruptcy Court
District of Arizona

In re: **MARY ENOS**

Debtor(s)

Case No. **2:09-b**

Chapter **13**

IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: January 25, 2010

Randolph J. Haines
RANDOLPH J. HAINES
U.S. Bankruptcy Judge

# ORDER CONVERTING CASE UNDER CHAPTER 7 TO CHAPTER 13

The Debtor(s) filed a motion, in accordance with 11 U.S.C. § 706(a), seeking to convert this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy Code. The court has considered the record, and finds that the case has not been previously converted under 11 U.S.C. § 1112, § 1208 or § 1307.

IT IS ORDERED THAT:

1. This Chapter 7 case is converted to a case under Chapter 13.

2. The Chapter 7 Trustee within 30 days of the date of this Order shall file and transmit to the United States Trustee:
   a. an account of all receipts and disbursements made in the Chapter 7 case, and
   b. a report on the administration of the case pursuant to 11 U.S.C. § 704(9).

3. The Trustee forthwith shall turnover to the Debtor(s) all records and property of the estate remaining in the Trustee's custody and control.

4. The Trustee or any other party entitled to compensation may within 30 days of the date of this Order file an Application for Compensation and Reimbursement of Expenses.

5. The Debtor(s) within 15 days from the date of this Order shall file the statements and schedules required by Federal Rule of Bankruptcy Procedure 1007(b), if such documents have not already been filed.

6. The Debtor(s) within 15 days from the date of this Order shall file a Chapter 13 Plan.

7. Other provisions (as needed):

DATED:

**United States Bankruptcy Judge**

Software Copyright (c) 1996-2009 Best Case Solutions. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy